

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2019

No. 04-19-00482-CR

**IN RE** Eduardo A. **TREVINO**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
            Rebeca C. Martinez, Justice
            Beth Watkins, Justice

On July 15, 2019, relator filed a petition for writ of mandamus in this court asserting the trial court has refused to rule on his "Original Petition for Declaratory Judgment." On August 7, 2019, the trial court provided this court with a courtesy copy of an Order signed on August 7, 2019 dismissing relator's "Original Petition for Declaratory Judgment" for lack of jurisdiction. On August 14, 2019, we issued an opinion dismissing relator's petition for writ of mandamus as moot.

On August 21, 2019, relator filed an "Objection to the Order." Relator asks this court to reinstate the mandamus and correct the trial court's ruling. We DENY the request.

It is so **ORDERED** on August 27, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 1999CR4085, styled *The State of Texas v. Eddie A. Trevino*, pending in the 144th Judicial District Court, Bexar County, Texas, the Honorable Ray Olivarri presiding.